

**Liebowitz Law Firm, PLLC**
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 SUNRISE PLAZA, STE. 305
VALLEY STREAM, NY 11580
(516) 233-1660
WWW.LIEBOWITZLAWFIRM.COM

November 12, 2019

So ordered.

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*[signature]*
Alvin K. Hellerstein
11-13-19

Re:   ***Ramales v. Stitch & Couture, Inc. (1:19-cv-5617-AKH)***

Dear Judge Hellerstein,

We represent Plaintiff, Felipe Ramales, in the above in-captioned case. The parties are still finalizing the terms of the settlement agreement. We respectfully request an additional 30-days to either file their stipulation of dismissal or re-open the case.

The Court's consideration is much appreciated.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/19

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Felipe Ramales*

Liebowitz Law Firm, PLLC